PHILIP D. ARMOUR et al., Respondents, *v.* DANIEL GAFFEY et al., Appellants.

Reported below, 30 App. Div. 121.
(Argued April 16, 1900; decided April 20, 1900.)

MOTION to compel appellants to file a new undertaking on appeal from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1898, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the ground that since the execution of the undertaking the circumstances of the sureties have become so precarious that there is reason to apprehend that such undertaking is not sufficient for the security of the respondents.

*Lewis E. Carr* for motion.

*John T. Norton* opposed.

Motion for new undertaking, etc., denied, without costs.